# People's National Bank of Pittsburg v. Duquesne Reduction Company, Appellant.

Argued Nov. 4, 1909.   Appeal, No. 164, Oct. T., 1909, by defendant, from decree of C. P. No. 1, Allegheny Co., Sept. T., 1908, No. 616, on bill in equity in case of The People's National Bank of Pittsburg and William T. Wallace v. Duquesne Reduction Company.   Before FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ.   Affirmed.

*J. A. Wakefield,* for appellant.

*T. Roy Dickie,* with him *Wm. W. Wishart,* for appellees.

OPINION BY MR. JUSTICE MESTREZAT, January 3, 1910:

The questions raised on this appeal were considered and determined in the opinion in The People's National Bank et al. v. Liquid Carbonic Company, ante, p. 503, handed down herewith, and for the reasons there given the decree in this case is affirmed.